Robert Pielet and David Pielet, Trading as Pielet Scrap Iron and Metal Company, Appellants, v. Chicago and West Towns Railways, Inc. et al., Appellees.

Gen. No. 44,091.

opinion filed February 25, 1948; released for publication March 25, 1948. Litsinger, Gatenbey & Spuller, for appellants; Morton E. Anderson, of counsel; Berthold L. Goldberg (Hyland J. Paullin, of counsel); Dempsey, Mills & Casey (Lawrence C. Mills and John W. Mills, of counsel) and Herbert J. Deany, Robert C. Lind (Vernon W. Foster, Chas. A. Helsell and John W. Freels, of counsel), for certain appellees. Opinion by JUSTICE BURKE. Not to be published in full.